IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MAURICE PERRY WILSON, #19028977, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. 3:20-CV-1647-E-BK |
| | § | |
| DALLAS POLICE DEPARTMENT, | § | |
| ET AL., | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (Doc. No. 11). No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Plaintiff's claim seeking to dismiss the pending state criminal charge is **DISMISSED WITHOUT PREJUDICE** as barred by the *Younger* abstention doctrine, and (2) Plaintiff's damages claim is **STAYED** and the case is **ADMINISTRATIVELY CLOSED** until the Dallas County robbery charge in case number F1955597 is finally resolved.

Plaintiff is instructed to file a motion to reopen the case within 60 days after entry of judgment or an order of dismissal in his state criminal court case and advised that not doing so will result in this case being dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute and/or comply with a Court order.

The Clerk of the Court is instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records.

So ORDERED this 27th day of August, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE